IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LIONEL ELLISON, | Cause No. CV 17-168-BLG-DLC |
| Petitioner, | |
| vs. | ORDER |
| MICHAEL FLETCHER | |
| Respondent. | |

This matter was dismissed with prejudice on February 25, 2020, as time-barred without excuse. (Doc. 32.) Ellison has repeatedly sought to either reopen this matter or obtain relief from the judgment. (Docs. 40, 42, and 49.) This Court has repeatedly explained the basis for denying Ellison post-judgment relief. (Docs. 41, 44, and 51.)

Ellison has also sought review at the Circuit in this matter. He was denied a certificate of appealability in the underlying petition. *See Ellison v. Fletcher*, Cause No. 20-35189, Or. (9th Cir. May 15, 2020). He was denied a certificate of appealability relative to his Fed. R. Civ. P. 60(b) motion. See, *Ellison v. Fletcher*, Cause No. 21-35669, Or. (9th Cir. Feb. 2, 2022). Similarly, he was denied a writ of mandamus. *Ellison v. United States District Court, et al.*, Cause No. 22-70043, Or.

1

(9th Cir. April 20, 2022).

Despite being advised by this Court that he was not to file any more documents in this closed matter, Ellison now seeks to alter the February 25, 2020 judgment under Fed. R. Civ. P. 59. *See* (Doc. 54.) Ellison provides no new basis for this request; he simply rehashes arguments that have been previously presented to the Court and rejected. The instant motion is no different and finds no basis in fact or law. Ellison may not continue to use the Court's time and resources filing baseless motions in closed matters.

Accordingly, the Court enters the following:

## ORDER

1. Ellison's Motion to Alter the Judgment (Doc. 49) is DENIED.

2. This matter is CLOSED. The Court will not entertain further filings. The Clerk of Court is directed to discard any future filings.

DATED this 15th day of September, 2022.

*/s/ Dana L. Christensen*
Dana L. Christensen
United States District Court

2